No. 98–6548 (A–328). POLAND v. ARIZONA. Sup. Ct. Ariz. Application for stay of execution of sentence of death, presented

to JUSTICE O'CONNOR, and by her referred to the Court, denied. Certiorari denied.